STATE OF MINNESOTA                                   DISTRICT COURT

COUNTY OF HENNEPIN                                   FOURTH JUDICIAL DISTRICT

Jeffrey Weisen                                       Personal Injury
                                                     Court File No.:
      Plaintiff,

                                                     SUMMONS
vs.

Wells Fargo,

      Defendant.

THIS SUMMONS IS DIRECTED to Wells Fargo:

    1.    YOU ARE BEING SUED. The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court, and there may be no Court file number on this Summons.

    2.    YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS. You must give or mail to the person who signed this Summons a written response called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

    Patrick W. Michenfelder, Esq.
    Throndset Michenfelder Law Office, LLC
    One Central Avenue West, Suite 101
    St. Michael, MN 55376

    3.    YOU MUST RESPOND TO EACH CLAIM. The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4.    YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS. If you do not Answer within 21 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the



Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

5. LEGAL ASSISTANCE. You may wish to get legal help from a lawyer. If you do not have a lawyer the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.

6. ALTERNATIVE DISPUTE RESOLUTION. The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to this Complaint even if you expect to use alternative means of resolving this dispute.

Dated: November 17, 2021

THRONDSET MICHENFELDER, LLC

By: _____
Patrick W. Michenfelder (#024207X)
Cornerstone Building
One Central Avenue W., Suite 101
St. Michael, MN 55376
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
*Attorneys for Plaintiff*

2

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                                FOURTH JUDICIAL DISTRICT

Jeffrey Weisen                                         Court File No.:

       Plaintiff,
vs.                                                            **COMPLAINT**

Wells Fargo,

       Defendant.

Plaintiff Jeffrey Weisen ("Plaintiff"), as and for his Complaint against Defendant, states and alleges as follows:

1. On or about December 11, 2019 Plaintiff Jeffrey Weisen, who is dependent upon a wheelchair, sustained serious injuries when he exited the Wells Fargo facility located at 8460 Zane Ave. N., Brooklyn Park, MN.

2. On the date of his injury, Mr. Weisen proceeded down the exit ramp on the only side of the ramp that offered access to a handrail for the full length of the ramp. The ramp generally appeared to be safe and adequately maintained.

3. As he proceeded down the ramp, Mr. Weisen had his left hand on the handrail and used his right hand on the right-hand wheel of his wheelchair. Somewhere past the midway point of the handrail, Mr. Weisen's wheelchair tires began to slip and skid. As he attempted to maintain control, the left footplate of his wheelchair struck a build-up of ice

1

and snow that was protruding beyond the handrail and into the ramp, bringing his wheelchair to an abrupt stop, and catapulting him out of it.

4. Mr. Weisen had no reason to suspect the presence of the slippery portion of the ramp he encountered was present before he began descending the ramp, and had no reason to suspect there was a build-up of ice and snow along the side of the ramp protruding beyond the handrail that was so hard and compacted that it would stop his wheelchair and cause him to be thrown from it.

5. The nature of the build-up indicates that it had been there for a significant period of time and resulted from failing to maintain the entire width of the ramp, something of critical importance to people with severe disabilities who are dependent on wheelchairs for mobility, like Mr. Weisen is.

6. Defendant failed to construct and/or maintain the surface of the ramp and ramp in a condition which was reasonably safe for everyone, including those confined to wheelchairs, was negligent; negligence that was compounded in light of the slope of the ramp.

7. As a direct and proximate result of Defendant's negligence, Plaintiff sustained severe and permanent injuries, incurred past medical expenses and will in the future incur medical expenses, and has incurred a loss of earnings and earning capacity.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

1. Judgment against Defendant, in an amount to be determined at trial, together with Plaintiff's costs and disbursements incurred herein; and

2. For such other and further relief as the Court may deem just and equitable.

Dated: November 17, 2021

THRONDSET MICHENFELDER, LLC

By: _____
Patrick W. Michenfelder (#024207X)
Cornerstone Building
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
*Attorneys for Plaintiff*

The undersigned hereby acknowledges that costs, disbursement, and reasonable attorney fees may be awarded to the opposing party or parties pursuant to Minn. Stat. § 549.221

_____
Patrick W. Michenfelder

3