UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.:  21-cv-2638 (WMW/DJF)

Jeffrey Weisen,

        Plaintiff,

v.

Wells Fargo,

        Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action has been fully compromised and settled.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties hereto that the claims of all parties are hereby dismissed with prejudice and on the merits and without further cost to any of the parties.  It is further stipulated and agreed that any party, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

**THRONDSET MICHENFELDER, LLC**

Dated:  November 30, 2022

/s/ Patrick Michenfelder
Patrick W. Michenfelder (#024207X)
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-6110
Email: pat@throndsetlaw.com
*Attorney for Plaintiff*

**McCOLLUM CROWLEY P.A.**

Dated:  November 30, 2022

/s/ Timothy K. Masterson
Timothy K. Masterson (#0203294)
7900 Xerxes Ave. S., Suite 700
Bloomington, MN 55431
Tel: (952) 345-9863
tkm@mccollumlaw.com
*Attorney for Defendant*