# UNITED STATES DISTRICT COURT

## District of Minnesota

Jeffrey Weisen,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 21-cv-2638 (WMW/DJF)

Wells Fargo,

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements

awarded to any party.

Date: 12/19/2022

_____
KATE M. FOGARTY, CLERK